USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
:
IN RE SINOHUB, INC. SECURITIES        :   Master File No.
LITIGATION                            :   12 Civ. 8478 (WHP)
:
This Document Relates To:             :   SCHEDULING ORDER
All Actions
:
------------------------------------X

WILLIAM H. PAULEY III, District Judge:

        Lead Plaintiffs and Sinohub, Inc. having appeared for a conference on April 5, 2013, the following scheduling order is entered on consent:

1. Plaintiffs are directed to file their Rule 4(f) motion by April 12, 2013;

2. Any opposition is due April 26, 2013;

3. Any reply is due May 3, 2013; and

4. This Court will hold oral argument on May 17, 2013 at 11:30 a.m.

Dated: April 5, 2013
New York, New York

                SO ORDERED:

                _____
                WILLIAM H. PAULEY III
                U.S.D.J.

*All Counsel of Record*