**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE SINOHUB SECURITIES LITIGATION<br><br>This Document Relates to: All Actions | No. 1:12-cv-08478-WHP |

DECLARATION OF JOSEPH P. GUGLIELMO IN SUPPORT OF
LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY
<u>APPROVAL OF CLASS ACTION SETTLEMENT</u>

Pursuant to 28 U.S.C. §1746, I, Joseph P. Guglielmo, hereby declare:

1. I am a partner at the law firm of Scott+Scott, Attorneys at Law, LLP, counsel for Lead Plaintiff.

2. Attached here to as Exhibit A is a true and correct copy of the fully executed Stipulation and Agreement of Settlement.

3. Attached here to as Exhibit B is a true and correct copy of the Final Judgment and Order of Dismissal with Prejudice.

4. Attached here to as Exhibit C is a true and correct copy of Scott+Scott's firm résumé.

5. Attached here to as Exhibit D is a true and correct copy of the Proposed Order preliminarily approving the settlement and form of notice.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  January 30, 2015                   /s/ Joseph P. Guglielmo
                                            Joseph P. Guglielmo

**CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2015, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of January, 2015 at New York, New York.

/s/ Joseph P; Guglielmo
JOSEPH P. GUGLIELMO (JG-2447)
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, NY 10174-4099
Tel.: (212) 223-6444
Fax: (212) 223-6334
Email:    jguglielmo@scott-scott.com